AO450 (Rev. 5/85) Judgement in a Civil Case

UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | OKLAHOMA |

Richard Lee Lewis

V.

David Orman, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: CIV-06-200-RAW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issued have been tried and the jury rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This action is DISMISSED in its entirety for failure to exhaust administrative remedies, pursuant to 42 USC 1997e(a).

3/18/08
Date

WILLIAM B. GUTHRIE
Clerk

s/ A Green
(By) Deputy Clerk